**FILED**

02/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0273

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 23-0273

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

ZACKARY MATTHEW MAAS,

      Defendant and Appellant.

## ORDER GRANTING SXITH EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF

Upon consideration of Appellant's motion for a sixth extension of time to file his opening brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including March 22, 2024 within which to file his opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 20 2024